HENRY KUNTZ, Respondent, *v.* PEOPLE'S INDUSTRIAL TRADING CORPORATION, Appellant.

*Contract — action to recover for alleged services in negotiating sales of merchandise.*

*Kuntz* v. *People's Industrial Trading Corpn.*, 200 App. Div. 858, affirmed.

(Submitted November 29, 1922; decided December 15, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 23, 1922, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover upon an alleged contract by which defendant was obligated to pay to plaintiff one-third of the profits arising from the exportation of certain merchandise in consideration of services rendered or to be rendered by plaintiff in negotiations in regard thereto.

*Louis O. Condit* and *Henry W. Simpson* for appellant.

*Max D. Steuer* and *Henry Epstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.